CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

MICHAEL G. PITMAN (DCBN 484164)
Assistant United States Attorney
60 South Market Street, Suite 1200
San Jose, CA 95113
Telephone:    (408) 535-5040
Facsimile:    (408) 535-5081
Email: michael.pitman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 5:26-cr-00080-NW |
| Plaintiff, | STIPULATION TO EXCLUDE TIME FROM FEBRUARY 25, 2026, TO APRIL 14, 2026, AND [PROPOSED] ORDER |
| v. | |
| MATTHEW L. MADSEN, | |
| Defendant. | |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant MATTHEW L. MADSEN, that time be excluded under the Speedy Trial Act from February 25, 2026, through April 14, 2026.

At the hearing held on February 25, 2026, the government and counsel for the defendant agreed that time be excluded under the Speedy Trial Act so that defense counsel could continue to prepare, including by reviewing the discovery already produced. For this reason and as further stated on the record, the parties stipulate and agree that excluding time until April 14, 2026, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further stipulate and agree that the ends of justice served by excluding the time from February 25, 2026, through April 14, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

/s/
MICHAEL G. PITMAN
Assistant United States Attorney

/s/
BRIAN WORTHINGTON
Counsel for Defendant MATTHEW L. MADSEN

[PROPOSED] ORDER

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court on February 25, 2026, and for good cause shown, the Court finds that failing to exclude the time from February 25, 2026, through April 14, 2026, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from February 25, 2026, to April 14, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from February 25, 2026, through April 14, 2026, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: March 3, 2026

THE HON. SUSAN VAN KEULEN
United States Magistrate Judge