CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

MICHAEL G. PITMAN (DCBN 484164)
Assistant United States Attorney
60 South Market Street, Suite 1200
San Jose, CA 95113
Telephone: (408) 535-5040
Facsimile: (408) 535-5081
Email: michael.pitman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW L. MADSEN,<br><br>Defendant. | NO. 5:26-cr-00080-NW<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME FROM JULY 28, 2026, TO SEPTEMBER 1, 2026, AND ~~[PROPOSED]~~ ORDER |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant MATTHEW L. MADSEN, that the status conference currently set in this matter for July 28, 2026, be continued to September 1, 2026, and that time be excluded under the Speedy Trial Act from July 28, 2026, through September 1, 2026.

The parties respectfully request that the status conference currently set in this matter for July 28, 2026, be continued until September 1, 2026, and that time be excluded under the Speedy Trial Act, so that defense counsel can continue to prepare, including by reviewing the discovery already produced. For this reason, the parties stipulate and agree that excluding time until September 1, 2026, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from July 28, 2026, through September 1, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the

defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

/s/
MICHAEL G. PITMAN
Assistant United States Attorney

/s/
BRIAN WORTHINGTON
Counsel for Defendant MATTHEW L. MADSEN

~~[PROPOSED]~~ ORDER

Based upon the facts set forth in the stipulation of the parties and, and for good cause shown, the Court finds that failing to exclude the time from July 28, 2026, through September 1, 2026, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from July 28, 2026, to September 1, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the status conference currently set in this matter for July 28, 2026, is continued until September 1, 2026 at 1:30 PM, and that the time from July 28, 2026, through September 1, 2026, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: July 27, 2026

THE HON. NOËL WISE
United States District Judge