THE WORTHINGTON LAW CENTRE
THOMAS S. WORTHINGTON, STATE BAR NO.: 46183
BRIAN M. WORTHINGTON, STATE BAR NO. 264646
215 WEST ALISAL STREET
SALINAS, CALIFORNIA 93901
(831) 758-1688 -- (800) 626-0808

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>MATTHEW L. MADSEN,<br>Defendant. | CASE NO.: 5:26-cr-00080-NW<br><br>DEFENDANT'S MOTION AND [~~PROPOSED~~] ORDER FOR MODIFICATION OF TERMS OF RELEASE |

**MOTION**

Comes now before the Court Defendant, Matthew Madsen, with a request for the Court to modify his terms and conditions of release to allow travel within the state of California. This Motion is based upon the following facts and information:

1. On February 9, 2026, Mr. Madsen first appeared in Court, in custody, following his arrest the same morning;
2. Mr. Madsen was released from custody under Pretrial Supervision and numerous conditions. Those conditions include, but are not limited to, that he must not travel outside the jurisdiction of the Northern District of California;
3. On March 4, 2026, the parties were contacted by the United States Pretrial Services officer Allyse Johnson prior to completion of Mr. Madsen's bail report. Ms. Johnson recommended to the parties that Pretrial Supervision be removed as a condition;
4. On March 5, 2026, the Government, through counsel of record Michael Pitman, Assistant US Attorney, indicated the Government did not object;



THE WORTHINGTON LAW CENTRE

THE WORTHINGTON LAW CENTRE

5. On March 5, 2026, the Court modified the terms of release, removing Pretrial supervision. No other terms of release were modified;
6. Mr. Madsen has been present and timely for every appearance in this case;
7. He has been cooperative throughout the entire criminal process, including waiving indictment;
8. AUSA Pitman has informed the Defense that the Government does not object to this request. A draft of this Motion was provided to Mr. Pitman prior to filing.

Wherefore, Mr. Madsen asks the Court to modify his terms and conditions of release, specifically that the term, "Defendant must not travel outside the Northern District of California" be modified to "Defendant must not travel outside the State of California."

DATED: August 10, 2026

Respectfully Submitted,

By: [signature]
BRIAN M. WORTHINGTON
Counsel for Matthew L. Madsen

THE WORTHINGTON LAW CENTRE

**~~[PROPOSED]~~ ORDER**

Based upon the facts set forth in Defense Counsel's Motion made to the Court on August 4, 2026, and for good cause shown, IT IS HEREBY ORDERED that Defendant's release term and condition "Defendant must not travel outside the Northern District of California" shall be modified to "Defendant must not travel outside the State of California."

.

**IT IS SO ORDERED.**

DATED: August 12, 2026

Susan van Keulen
THE HON. SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE